UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. CHARLOTTE CHEATHAM,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 22-cv-04354-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 17 |

**( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant's motion to dismiss is granted.

**IT IS SO ORDERED AND ADJUDGED**

Dated: September 9, 2022

Mark B. Busby, Clerk of Court

_____
Ada Means
Deputy Clerk